UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IRMA LEE GONZALES,

          **Plaintiff,**

          v.                                   Case No. 08-C-675

CHRYSLER LLC,

          **Defendant.**

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On August 7, 2008 Irma Lee Gonzales ("Gonzales"), proceeding pro se, filed a complaint against Chrysler LLC ("Chrysler"), her former employer, alleging she was discriminated against on account of her sex and national origin.

Accompanying Gonzales' complaint is a motion to proceed in forma pauperis. Before the court can allow the plaintiff to proceed in forma pauperis, the court is obligated to determine that Gonzales is unable to pay the $350.00 filing fee and that her case (1) is not frivolous or malicious, (2) does not fail to state a claim upon which relief may be granted, and (3) does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

From a review of the financial affidavit accompanying Gonzales' motion to proceed in forma pauperis, the court finds that Gonzales is not indigent, and she is able to pay the required filing fee. Gonzales' income exceeds her accounted-for expenses by more than $600 per month. Further, the court notes that she spends $449.00 per month on a car, a 2007 Dodge Charger, and $170.00 a month to Time Warner. These spending habits are not consistent with a claim of indigence. Therefore, Gonzales' motion to proceed in forma pauperis is **denied**.

The court shall permit Gonzales 30 days in which to pay the filing fee. **If Gonzales fails to pay the $350.00 filing fee within 30 days of the date of this order, her complaint shall be dismissed**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 11th day of August 2008.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge
